

**KROLL HEINEMAN CARTON**
Attorneys-at-Law

A New Jersey Limited Liability Company
www.krollfirm.com

Metro Corporate Campus I
99 Wood Avenue South
Suite 307
Iselin, New Jersey 08830
Tel: 732-491-2100
Fax: 732-491-2120

ATTORNEYS
Albert G. Kroll *
Raymond G. Heineman, Jr. †
Michael T. Carton ■
Curtiss T. Jameson
John P.J. Mattiace ▲
Michael G. McNally ▲
Bradley M. Parsons
Arlene Q. Perez, Esq. ▲
Seth Ptasiewicz ▶
Jeffrey A. Stephens

BAR ADMISSIONS
† NJ & PA Bar
▲ NJ & NY Bar
* NJ, PA & DC Bar
■ NJ, NY & DC Bar
▶ NJ, NY & PA Bar

November 21, 2012

**VIA ELECTRONIC FILING**
Mr. William T. Walsh, Clerk
United States District Court
Martin Luther King Jr. Federal
Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

  Re: **NJ Building Laborers Statewide Benefit Funds, et al. v. USA Environmental Management, Inc.**
     Arbitration Dates: September 25, 2012
     Civil Action No.: 12-

Dear Mr. Walsh:

  This Firm represents Petitioners New Jersey Building Laborers Statewide Benefit Funds and the Trustees thereof ("Petitioners") in connection with the above-referenced matter. Enclosed for filing please find the following documents:

  (1) Disclosure Statement;
  (2) Civil Cover Sheet;
  (3) Petition To Confirm Arbitration Award;
  (4) Notice of Motion to Confirm Arbitration Award and Entry of Judgment;
  (5) Statement That No Brief Is Necessary;
  (6) Proposed Order;
  (7) Proposed Judgment; and
  (8) Certificate of Service.

  Thank you for your attention to this matter.

          Very truly yours,

          S/ *JEFFREY A. STEPHENS*

          JEFFREY A. STEPHENS

JAS:rkt
Enclosures

cc: USA Environmental Management, Inc. (via first class & certified mail/r.r.r., w/encl.)
   Kimberly Kemple, Delinquency Manager (via first class mail w/encl.)

