Jeffrey A. Stephens, Esq. (JS-1027)
**KROLL HEINEMAN CARTON, LLC**
Metro Corporate Campus I
99 Wood Avenue South, Suite 307
Iselin, New Jersey 08830
Tel: (732) 491-2100
Fax: (732) 491-2120
*Attorneys for Petitioners*

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| NEW JERSEY BUILDING LABORERS STATEWIDE BENEFIT FUNDS AND THE TRUSTEES THEREOF, | Hon. |
| | Civil Action No. 12- |
| Petitioners, | **CIVIL ACTION** |
| v. | **JUDGMENT** |
| USA ENVIRONMENTAL MANAGEMENT, INC., | |
| Respondent. | |

**THIS MATTER** having come before the Court by Kroll Heineman Carton, LLC (Jeffrey A. Stephens, Esq., appearing) pursuant to a Petition to Confirm Arbitration Award; the Court having fully and thoroughly considered the matter as well as any pleadings, motions, and oral argument of counsel; and a decision having been duly rendered by this Court;

**IT IS** on this 17th day of December 2012,

**ORDERED AND ADJUDGED** that Petitioners shall recover from Respondent USA Environmental Management, Inc., the sum of $13,706.95.

_____
Judge, United States District Court